WILLIAM W. PALMER (SBN 146404)
PALMER LAW GROUP
2443 Fair Oaks Boulevard, No. 545
Sacramento, California 95825
Telephone: (916) 972-0761
Facsimile: (916) 972-0877
Email: wpalmer@palmercorp.com

Attorneys for petitioner Yevgeniy V. Sidorov,
Administrator of the Estate of Natalya N. Sidorova

**FILED**
DEC 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY V. SIDOROV, Administrator of the Estate of NATALYA N. SIDOROVA, aka NATALYA SIDOROVA, NATALYA SCHULTZ and as NATALYA SIDOROVA SCHULTZ,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY,<br><br>　　　　Respondents. | Case No. 2:14-CV-02183-JAM-KJN<br><br>[~~DRAFT~~] **ORDER GRANTING PETITIONER'S MOTION TO REMAND (28 U.S.C. §1447(c))**<br><br>Hearing Date:　December 3, 2014<br>Time:　　　　　9:30am<br>Courtroom:　　6<br><br>(Hon. Judge John A. Mendez) |
| TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>YEVGENIY V. SIDOROV, Administrator of the Estate of NATALYA N. SIDOROVA, aka NATALYA SIDOROVA, NATALYA SCHULTZ and as NATALYA SIDOROVA SCHULTZ,<br><br>　　　　Counter-Defendant. | |

---

ORDER GRANTING PETITIONER'S MOTION TO REMAND
(28 U.S.C. §1447(c))

1  
2  *jam* [~~PROPOSED~~] **GRANTING PETITIONER'S MOTION TO REMAND**

3   This matter came before the Court on December 3, 2014, and based on the motion to
4 remand filed Petitioner Yevgeniy "Eugene" V. Sidorov, as the Administrator of the Estate of
5 Natalya N. Sidorova, Schultz (hereafter "Administrator" or Petitioner"), and having heard the
6 arguments presented, remand this action back to the Probate Court for the Sacramento County
7 Superior Court of the State of California, for the County of Sacramento, wherein it was originally
8 filed. ~~The Court awards fees and costs to Petitioner in the amount of $_____.~~
9 IT IS SO ORDERED this *3rd* day of *December*, 2014.

_____  
(Hon. Judge John A. Mendez)

**ORDER GRANTING PETITIONER'S MOTION TO REMAND**
(28 U.S.C. §1447(c))
- 1 -