**FILED**

DEC 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY V. SIDOROV,<br><br>            Plaintiff,<br><br>    v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>            Defendant. | No.  14-cv-02183 JAM-KJN<br><br>**ORDER RELEASING INTERPLEADER FUNDS** |

Defendant Transamerica deposited interpleader funds into this Court's registry on September 26, 2014 (Doc. #8).  The Court, having granted Plaintiff Yevgeniy V. Sidorov's motion to remand (Doc. #27, granting motion at Doc. #13), hereby releases those funds and orders them transferred to Sacramento Superior Court.

IT IS SO ORDERED.

Dated: December 3, 2014

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

1