

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENIY V. SIDOROV, Administrator of the Estate of NATALYA N. SIDOROVA, aka NATALYA SIDOROVA, NATALYA SCHULTZ and as NATALYA SIDOROVA SCHULTZ,<br><br>Petitioner,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY, TRANSAMERICA OCCIDENTAL LIFE INSURANCE COMPANY, and DOES 1 THROUGH V,<br><br>Respondents.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Counter-Claimant,<br><br>vs.<br><br>YEVGENIY V. SIDOROV, Administrator of the Estate of NATALYA N. SIDOROVA, aka NATALYA SIDOROVA, NATALYA SCHULTZ and as NATALYA SIDOROVA SCHULTZ,<br><br>Counter-Defendant. | CASE NO.: 14-CV-02183-JAM-KJN<br><br>(Honorable John A. Mendez)<br><br>**AMENDED ORDER ON PARTIES' STIPULATION REGARDING DISBURSEMENT OF FUNDS ON DEPOSIT WITH COURT REGISTRY** |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

AMENDED ORDER RE DISBURSEMENT

| | |
|---|---|
| 1 | TRANSAMERICA LIFE INSURANCE COMPANY, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | vs. |
| 5 | JERALD SCHULTZ aka JERALD K. SCHULTZ and JERRY SCHULTZ, |
| 6 | Third-Party Defendant. |

Based on the "Stipulation Regarding Disbursement of Funds on Deposit with the Court Registry" filed by Respondent, Counter-Claimant, and Third Party Plaintiff Transamerica Life Insurance Company ("Transamerica") and Petitioner, Yevgeniy V. Sidorov, Administrator of the Estate of Natalya N. Sidorova, aka Natalya Sidorova, Natalya Schultz and as Natalya Sidorova Schultz, and good cause appearing therefor, the Court hereby releases the funds that Transamerica deposited into the Court Registry on September 26, 2014 (Doc. #8) and orders those funds be disbursed to the "Estate of Natalya Sidorova" forthwith consistent with the parties' agreement. The funds should be sent to: William W. Palmer, Esq., Palmer Law Group, 2443 Fair Oaks Boulevard, No. 545, Sacramento, California 95825. Tel: (916) 972-0761.

This Order supersedes the Court's December 3, 2014 "Order Releasing Interpleader Funds" (Doc. # 29).

IT IS SO ORDERED.

Dated: December 19, 2014

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-1-    AMENDED ORDER RE DISBURSEMENT